# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL KEITH MATTHEWS, ) | |
| ) | Civil Action No. 14 – 9 |
| Petitioner, ) | |
| ) | |
| v. ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| BOBBY L. MEEKS, *Warden*, and ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| Respondents, ) | |

## MEMORANDUM ORDER

After examination of the Petition,[1] it appears that this action should have been filed in the United States District Court, Western District of Pennsylvania, Erie Division. This is a habeas corpus action by a federal prisoner pursuant to 28 U.S.C. § 2241. Petitioner is incarcerated at FCI McKean in McKean County. Thus, the Erie Division of the Western District of Pennsylvania has territorial jurisdiction over Petitioner's custodian and this matter should be transferred to that division. Therefore, this 10th day of February, 2014;

**IT IS HEREBY ORDERED** that this case be **TRANSFERRED** to the Erie Division of the Western District of Pennsylvania.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED** and **TRANSFER** forthwith.

/s/ Lisa P. Lenihan
Lisa P. Lenihan

---

[1] The Petition is captioned a "Motion for 12 Months Placement in Residential Re-entry Center Pursuant to the Directives of the Second Chance Act 18 U.S.C. 3624 and 3621, 28 U.S.C. 2241."

Chief United States Magistrate Judge

cc: Daniel Keith Matthews
 07668-068
 Federal Prison Camp McKean
 Post Box 8000
 Bradford, PA 16701